UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X    07CV4477 (AKH)
MARINA JARA,

                                  Plaintiffs,

       - against –

                                                                ANSWER

ALAN KASMAN DBA KASCO, AMG REALTY PARTNERS,
LP, ANN TAYLOR STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF EDUCATION
OF THE CITY OF NEW YORK, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELDFINANCIAL PROPERTIES,
LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC.,
DEPARTMENT OF BUSINESS SERVICES, ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
LIBERTY VIEW ASSOCIATES, L.P., MERRILL LYNCH & CO. INC.,
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., LP, SABINE ZERARKA,
STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THE RELATED COMPANIES, LP, THE RELATED
REALTY GROUP, INC., TOSCORP INC., TRIBECA LANDING
L.L.C., VERIZON COMMUNICATIONS, INC., VERIZON NEW YORK INC.,
VERIZON PROPERTIES INC., WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP,
WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP.,
WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING
CO. II L.P. CORP., WFP TOWER D HOLDING I G.P. CORP.
AND WFP TOWER D CO., L.P., ET AL

                                  Defendants.
------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

        Yours, etc.

        FRIEDMAN, HARFENIST, LANGER & KRAUT
        Attorneys for Defendant – Envirotech
        3000 Marcus Avenue, Suite 2E1
        Lake Success, New York 11042
        (516) 775-5800

BY: _____
              Heather L. Smar (4622)