UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER        :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :
:
:
:
:
----------------------------------------------------------------X
MARIANA JARA,                         :   07-CV-04477-AKH
:
                Plaintiff,    :
:   **APPEARANCE**
  - against -                       :
:
ALAN KASMAN D/B/A KASCO, *et al.*,    :   **ELECTRONICALLY FILED**
:
                Defendants.   :
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York         DICKSTEIN SHAPIRO LLP
        October 3, 2007

                            By:    /s/ Judith R. Cohen
                                  _____
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorneys for Defendant*
                                  MERRILL LYNCH & CO., INC.

DOCSNY-271542v01