John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x    21 MC 102(AKH)

IN RE: WORLD TRADE CENTER LOWER    :
MANHATTAN DISASTER SITE LITIGATION

--------------------------------------------------------------------- x    Civil Action No.: 07CV4477

MARINA JARA,

      Plaintiff(s),    :

  -against-

ALAN KASMAN D/B/ KASCO, ET AL.

      Defendant(s).

--------------------------------------------------------------------- x

**NOTICE OF BATTERY PARK
CITY AUTHORITY's
ADOPTION OF ANSWER TO
MASTER COMPLAINT**

    PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan*

*Disaster site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
   September 25, 2007

1699737.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00217

By: _____
John M. Flannery (JMF-0229)

1699737.1