UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER      21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
MARINA JARA,

                            Plaintiff,          Index No.: 07 CV 4477

      -against-

                                             **NOTICE OF**
RELATED BPC ASSOCIATES, INC., RELATED    **APPEARANCE**
MANAGEMENT CO., L.P., THE RELATED
COMPANIES, L.P., THE RELATED REALTY GROUP,  **ELECTRONICALLY**
INC., and LIBERTY VIEW ASSOCIATES, L.P.       **FILED**

                                Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:    New York, New York
            December 10, 2007


                                          LONDON FISCHER LLP

                          By:       /s/ Gillian Hines Kost
                                          Gillian Hines Kost (GK-2880)
                                          59 Maiden Lane
                                          New York, New York 10038
                                          Phone: (212) 972-1000
                                          Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K: VGFutterman\WTC-Related\\Plaintiff\Jara\Pleadings\Notice of Appearance